# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| JUAN CARLOS BANDERAS-GONZALES, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No.: 4:19-cv-00042-MHH-SGC |
| BENNER, et al., | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This is a petition for a writ of habeas corpus filed by Juan Carlos Banderas-Gonzales pursuant to 28 U.S.C. § 2241, challenging his detention pending removal under the Immigration and Nationality Act. On April 22, 2019, the respondents filed a motion to dismiss the petition as moot. (Doc. 12). In the motion, Respondents establish that Mr. Banderas-Gonzales was removed from the United States on March 22, 2019. (Doc. 12-1). Because Mr. Banderas-Gonzales has been removed, the Court no longer may provide meaningful relief. Thus, Mr. Banderas-Gonzales's petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the Court will dismiss this action.

A separate order will be entered.

**DONE** this 24th day of April, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE